**DINA L. SANTOS**
A Professional Law Corporation
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CRS 11-490 JAM |
| Plaintiff, | |
| v. | ORDER FOR WAIVER OF DEFENDANT'S PRESENCE |
| **MARINA PUKHKAN** | |
| Defendant | |

The defendant, MARINA PUKHKAN, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence.  Defendant hereby request the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in her absence.

1 | Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of that Act without defendant being present.

Dated: March 17, 2012         /s/ Marina Pukhkan
                              MARINA PUKHKAN
                              Client

Dated: March 17, 2012         /s/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Marina Pukhkan

## ORDER

It is so ordered.

Dated:    March 19, 2012      /s/ John A. Mendez
                              Hon. John. A. Mendez
                              District Court Judge