Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Marina Pukhkan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S 11-490-JAM |
| Plaintiff, | |
| v. | STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |
| MARINA PUKHKAN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

Pretrial condition number 7, requiring Ms. Marina Pukhkan to maintain regular employment is to be deleted. All other conditions will remain in effect. Pretrial Services has recommended this change.

//

/

IT IS SO STIPULATED.

Stip. & [Proposed] Order - Pretrial                    1

| | |
|---|---|
| Dated: July 17, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | /s/ Michael Anderson<br>MICHAEL ANDERSON<br>Assistant United States Attorney |
| Dated: July 17, 2014 | /s/   Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Marina Pukhkan |

////

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: July 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. & [Proposed] Order - Pretrial            2